Russell A. Robinson, 163937
Law Office of Russell A. Robinson, APC
345 Grove Street
First Floor
San Francisco CA 94102
TEL:   415.255.0462
FAX:   415.431.4526

Attorneys for Plaintiff
TODD L. JASPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD L. JASPER, | ) No. C-07-0121-CW |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL, WITHOUT** |
| | ) **PREJUDICE, OF DEFENDANTS** |
| v. | ) **FEDERAL BUREAU OF PRISONS AND** |
| | ) **UNITED STATES DEPARTMENT OF** |
| FEDERAL BUREAU OF PRISONS, et al., | ) **JUSTICE** |
| | ) **[Jury Trial Demanded]** |
| Defendants. | ) |
| _____ | ) |

**I.   NOTICE**

PLAINTIFF hereby gives notice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), that he is dismissing without prejudice named DEFENDANTS FEDERAL BUREAU OF PRISONS and UNITED STATES DEPARTMENT OF JUSTICE.

Date:   September 12, 2007        /s/ Russell A. Robinson
                                  Law Office of Russell A. Robinson, APC
                                  By:   Russell A. Robinson
                                  Attorneys for Plaintiff TODD L. JASPER

**IT IS SO ORDERED.**

Date:   September 17, 2007        _____
                                  HONORABLE CLAUDIA WILKEN
                                  Judge, United States District Court, N.D. of Cal.

*Jasper v. Federal Bureau of Prisons, et al. (No. C-07-0121-CW)*
NOTICE OF DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANTS FEDERAL BUREAU OF PRISONS AND UNITED STATES DOJ