Steven C. Wolan (State Bar No. 56237)
Andrea S. Carlise (State Bar No. 151648)
PATTON♦WOLAN♦CARLISE, LLP
1814 Franklin Street, Suite 501
Oakland, CA 94612
Telephone: (510) 987-7500
Facsimile: (510) 987-7575

Attorneys for Defendants
SERGEANT K. ARY, DEPUTIES J. GUTIERREZ, M. LAKNER,
L. BROWN, W. CROGHAN and D. JEGLUM (sued erroneously
herein as "J. JEGLUM")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD L. JASPER,<br><br>        Plaintiff,<br><br>  vs.<br><br>FEDERAL BUREAU OF PRISONS, UNITED STATES DEPARTMENT OF JUSTICE, DEPUTY W. CROGHAN (#899), SGT. K. ARY (#974), J. GUTIERREZ (#1665), J. JEGLUM (#837), M. LAKNER (#840), L. BROWN (#1195), DOES 1-50,<br><br>        Defendants.<br>_____/ | No. C 07 0121 CW<br><br>ORDER GRANTING LEAVE TO TAKE DEPOSTION OF PLAINTIFF<br>( Fed. R. Civ. P. 30(a)(2) )<br><br>Complaint Filed: January 8, 2007<br>Trial date: September 14, 2009 |

Based upon the foregoing Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Defendants shall be permitted to take the deposition of Plaintiff TODD L. JASPER upon oral examination at the United States Penitentiary in Beaumont, Texas where he is incarcerated.

1/7/08

Dated: _____

_____
HONORABLE CLAUDIA WILKEN

1

Judge, United States District Court
Northern District of California

2

[PROPOSED] ORDER GRANTING LEAVE TO TAKE DEPOSITION                    *JASPER V. FEDERAL BUREAU OF PRISONS, ET AL.*
                                                                      USDC Case No. C 07-0121 CW