IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD L. JASPER,

    Plaintiff,

  v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

No. 07-00121 CW

ORDER CONTINUING CONDITIONAL ORDER OF DISMISSAL

    Pursuant to the Certification that Consideration Has Not Been Delivered Over filed by Plaintiff,

    IT IS HEREBY ORDERED that the Conditional Order of Dismissal filed on June 27, 2008, is continued an additional sixty days.

9/30/08
Dated

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge